IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD L. BRAY, II, | : | CIVIL ACTION |
| | : | NO. 07-4011 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HARRIS M. DEWESE, | : | |
| | : | |
| Defendant. | : | |

### **O R D E R**

**AND NOW**, this **18th** day of **December, 2012**, it is hereby **ORDERED** that Plaintiff's Motion for Sanctions, ECF No. 34, is **GRANTED**. It is **FURTHER ORDERED** that:

(1) Defendant shall produce the documents identified in the parties' Stipulation and Order, ECF No. 33, by **January 9, 2013**;

(2) Defendant shall pay Plaintiff $500 in attorney's fees by **December 28, 2012;** and

(3) Plaintiff may seek additional sanctions if the documents are not produced as directed by this order.

**AND IT IS SO ORDERED.**

/s/ EDUARDO C. ROBRENO
**EDUARDO C. ROBRENO,    J.**